IH-32 Rev: 2014-1

# United States District Court
### for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**


15 CV 00774

| Plaintiff | Case Number |
|---|---|
| LORD ABBETT AFFILIATED FUND, INC.; LORD ABBETT SERIES FUND, INC. - GROWTH & INCOME PORTFOLIO; LORD ABBETT SERIES FUND, INC. - CLASSIC STOCK PORTFOLIO; vs. AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; ALAN FROST; DAVID HERZOG; ROBERT LEWIS; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; DOWLING & PARTNERS SECURITIES, LLC; FOX-PITT KELTON COCHRAN CARONIA WALLER (USA) LLC; | RECEIVED FEB 02 2015 U.S.D.C. S.D. N.Y. CASHIERS |

Defendant

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | 08-cv-4772 |

Defendant

IH-32                                                                                                                           Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The Earlier Filed case is a class action with a proposed settlement that has been preliminarily approved. A final approval hearing is scheduled for March 20, 2015.

## Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This newly filed action is brought on behalf of class members who opted-out of the Earlier Filed Action to pursue individual claims against the same defendants, based on the same alleged wrongdoing. Many of the same legal and factual issues involved in the newly filed action overlap with the Earlier Filed Action.

Signature: _____   Date: 2/2/15

Firm: Abraham, Fruchter, & Twersky, LLP