UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORD ABBETT AFFILIATED FUND, INC.; LORD ABBETT SERIES FUND, INC. - GROWTH & INCOME PORTFOLIO; LORD ABBETT SERIES FUND, INC. - CLASSIC STOCK PORTFOLIO; LORD ABBETT RESEARCH FUND, INC. - LORD ABBETT CALIBRATED DIVIDEND GROWTH FUND; LORD ABBETT SECURITIES TRUST - LORD ABBETT FUNDAMENTAL EQUITY FUND; and LORD ABBETT GLOBAL FUND, INC. - LORD ABBETT MULTI-ASSET GLOBAL OPPORTUNITY FUND<br><br>                                           Plaintiffs,<br>    v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; ALAN FROST; DAVID HERZOG; ROBERT LEWIS; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; DOWLING & PARTNERS SECURITIES, LLC; FOX-PITT KELTON COCHRAN CARONIA WALLER (USA) LLC; JP MORGAN SECURITIES INC.; KEEFE, BRUYETTE & WOODS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; UBS SECURITIES LLC; WELLS FARGO SECURITIES LLC; STEPHEN F. BOLLENBACH; MARSHALL A. COHEN; MARTIN S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L. HAMMERMAN; RICHARD C. HOLBROOKE; GEORGE L. MILES, JR.; FRED H. LANGHAMMER; MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA M. ROMETTY; MICHAEL H. SUTTON; EDMUND S.W. TSE; ROBERT B. WILLUMSTAD; FRANK G. ZARB; AND PRICEWATERHOUSECOOPERS LLP,<br>                                           Defendants. | Case No.15-cv-00774-LTS-DCF<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Ian D. Berg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Lord Abbett Affiliated Fund, Inc., Lord Abbett Series Fund, Inc. - Growth & Income Portfolio, Lord Abbett Series Fund, Inc. - Classic Stock Portfolio Funds, Lord Abbett Research Fund, Inc. - Lord Abbett Calibrated Dividend Growth Fund, Lord Abbett Securities Trust - Lord Abbett Fundamental Equity Fund, and Lord Abbett Global Fund, Inc. - Lord Abbett Multi-Asset Global Opportunity Fund in the above-captioned action.

I am in good standing of the bars of the states of California, Pennsylvania, and Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 19, 2015                     Respectfully Submitted,

*Ian D. Berg*
Ian D. Berg
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449
E-Mail: iberg@aftlaw.com



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Ian David Berg, Esq.

**DATE OF ADMISSION**

*April 21, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 17, 2015

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 11, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IAN D. BERG, #263586 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2009; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Ian D. Berg

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, February 13, 2015.

*Carolyn Taft Grosboll*
Clerk