UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORD ABBETT AFFILIATED FUND, INC.; LORD
ABBETT SERIES FUND, INC. - GROWTH &
INCOME PORTFOLIO; LORD ABBETT SERIES
FUND, INC. - CLASSIC STOCK PORTFOLIO; LORD
ABBETT RESEARCH FUND, INC. - LORD ABBETT
CALIBRATED DIVIDEND GROWTH FUND; LORD
ABBETT SECURITIES TRUST - LORD ABBETT
FUNDAMENTAL EQUITY FUND; and LORD
ABBETT GLOBAL FUND, INC. - LORD ABBETT
MULTI-ASSET GLOBAL OPPORTUNITY FUND

         Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP, INC.;
MARTIN J. SULLIVAN; STEVEN J. BENSINGER;
JOSEPH CASSANO; ANDREW FORSTER; ALAN
FROST; DAVID HERZOG; ROBERT LEWIS;
CITIGROUP GLOBAL MARKETS INC.; CREDIT
SUISSE SECURITIES (USA) LLC; DEUTSCHE
BANK SECURITIES INC.; DOWLING & PARTNERS
SECURITIES, LLC; FOX-PITT KELTON COCHRAN
CARONIA WALLER (USA) LLC; JP MORGAN
SECURITIES INC.; KEEFE, BRUYETTE & WOODS,
INC.; MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED; UBS SECURITIES LLC;
WELLS FARGO SECURITIES LLC; STEPHEN F.
BOLLENBACH; MARSHALL A. COHEN; MARTIN
S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L.
HAMMERMAN; RICHARD C. HOLBROOKE;
GEORGE L. MILES, JR.; FRED H. LANGHAMMER;
MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA
M. ROMETTY; MICHAEL H. SUTTON; EDMUND
S.W. TSE; ROBERT B. WILLUMSTAD; FRANK G.
ZARB; AND PRICEWATERHOUSECOOPERS LLP,
         Defendants.

Case No.15-cv-00774-LTS-DCF

**MOTION FOR ADMISSION
PRO HAC VICE**

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Takeo A. Kellar, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Lord Abbett Affiliated Fund, Inc., Lord Abbett Series Fund, Inc. - Growth & Income Portfolio, Lord Abbett Series Fund, Inc. - Classic Stock Portfolio Funds, Lord Abbett Research Fund, Inc. - Lord Abbett Calibrated Dividend Growth Fund, Lord Abbett Securities Trust - Lord Abbett Fundamental Equity Fund, and Lord Abbett Global Fund, Inc. - Lord Abbett Multi-Asset Global Opportunity Fund in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 23, 2015                                Respectfully Submitted,

*Takeo A. Kellar*

Takeo A. Kellar
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449
E-Mail: tkellar@aftlaw.com



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *TAKEO AUSTIN KELLAR*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that TAKEO AUSTIN KELLAR, #234470, was on the 9th day of December, 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 20th day of February, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, *Senior Deputy Clerk*