UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORD ABBETT AFFILIATED FUND, INC.; LORD ABBETT SERIES FUND, INC. - GROWTH & INCOME PORTFOLIO; LORD ABBETT SERIES FUND, INC. - CLASSIC STOCK PORTFOLIO; LORD ABBETT RESEARCH FUND, INC. - LORD ABBETT CALIBRATED DIVIDEND GROWTH FUND; LORD ABBETT SECURITIES TRUST - LORD ABBETT FUNDAMENTAL EQUITY FUND; and LORD ABBETT GLOBAL FUND, INC. - LORD ABBETT MULTI-ASSET GLOBAL OPPORTUNITY FUND

         Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; ALAN FROST; DAVID HERZOG; ROBERT LEWIS; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; DOWLING & PARTNERS SECURITIES, LLC; FOX-PITT KELTON COCHRAN CARONIA WALLER (USA) LLC; JP MORGAN SECURITIES INC.; KEEFE, BRUYETTE & WOODS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; UBS SECURITIES LLC; WELLS FARGO SECURITIES LLC; STEPHEN F. BOLLENBACH; MARSHALL A. COHEN; MARTIN S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L. HAMMERMAN; RICHARD C. HOLBROOKE; GEORGE L. MILES, JR.; FRED H. LANGHAMMER; MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA M. ROMETTY; MICHAEL H. SUTTON; EDMUND S.W. TSE; ROBERT B. WILLUMSTAD; FRANK G. ZARB; AND PRICEWATERHOUSECOOPERS LLP,

         Defendants.

Case No.15-cv-00774-LTS-DCF

**ORDER FOR ADMISSION
PRO HAC VICE**

  The motion of Takeo A. Kellar, for admission to practice Pro Hac Vice in the above action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Takeo A. Kellar
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lord Abbett Affiliated Fund, Inc., Lord Abbett Series Fund, Inc. - Growth & Income Portfolio, Lord Abbett Series Fund, Inc. - Classic Stock Portfolio Funds, Lord Abbett Research Fund, Inc. - Lord Abbett Calibrated Dividend Growth Fund, Lord Abbett Securities Trust - Lord Abbett Fundamental Equity Fund, and Lord Abbett Global Fund, Inc. - Lord Abbett Multi-Asset Global Opportunity Fund in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District/ Magistrate Judge