UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORD ABBETT AFFILIATED FUND, INC., *et al.*,

Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP, INC.

Defendant.

No. 2015-cv-00774 (LTS) (DF)

**ORAL ARGUMENT
REQUESTED**

## NOTICE OF AIG'S MOTION FOR SUMMARY JUDGMENT ON RELIANCE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of AIG's Motion for Summary Judgment on Reliance (the "Motion"), Statement Under Local Civil Rule 56.1 in Support of the Motion, and Declaration of Joseph S. Allerhand in Support of the Motion and exhibits attached thereto, Defendant American International Group, Inc. ("AIG") will move this Court, before the Honorable Laura T. Swain, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 12D, New York, New York 10007, for an order granting summary pursuant to Federal Rule of Civil Procedure 56(a) on the issue of reliance under Section 10(b) of the Securities Exchange Act of 1934 against Plaintiffs Lord Abbett Affiliated Fund, Inc., and Lord Abbett Series Fund, Inc. - Growth and Income Portfolio, or for such other relief as this Court may deem just and proper.

In accordance with Rule A.2.B of Judge Swain's Individual Rules of Practice, the undersigned counsel certifies that AIG used its best efforts to resolve informally the matters raised in this submission. These efforts were unsuccessful.

Dated:  New York, New York
        January 17, 2017

                      Respectfully submitted,

                      WEIL, GOTSHAL & MANGES LLP

                          By: /s/ Joseph S. Allerhand
                          Joseph S. Allerhand
                          Paul Dutka
                          Robert F. Carangelo
                          Stacy Nettleton
                          Christopher M. Gismondi

                      767 Fifth Avenue
                      New York, NY 10153
                      Tel: (212) 310-8000
                      Fax: (212) 310-8007
                      joseph.allerhand@weil.com
                      paul.dutka@weil.com
                      robert.carangelo@weil.com
                      stacy.nettleton@weil.com
                      christopher.gismondi@weil.com

                      *Attorneys for Defendant American International Group, Inc.*

TO:

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

Mitchell M.Z. Twersky
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
mtwersky@aftlaw.com

      -and-

Ian D. Berg
Takeo A. Kellar
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
iberg@aftlaw.com
tkellar@aftlaw.com

*Attorneys for Plaintiffs*

WEIL:\95995913\1\14430.0161